UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME HARRIS,

    Plaintiff,

v.

MICHAEL BOLF and SHEILA CLIFTON,

    Defendants.
_____/

Case No. 15-10717

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ADOPTING REPORT AND RECOMMENDATION [14] AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

On October 19, 2015, the Magistrate Judge issued a Report and Recommendation [14], recommending that the Court dismiss Plaintiff's Complaint without prejudice for failure to timely effectuate service. Plaintiff has filed no objections to the Report and Recommendation. The Court having reviewed the record, the Report and Recommendation [14] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                         s/Arthur J. Tarnow
                         Arthur J. Tarnow
Dated:                   Senior United States District Judge

1